**Joe Piucci**, OSB No. 135325
PIUCCI LAW LLC
900 SW 13th Ave., Ste. 200
Portland, OR 97205
Tel: 503-228-7385
joe@piucci.com

**David F. Sugerman**, OSB No. 862984
**Nadia H. Dahab**, OSB No. 125630
**Sarah R. Osborn,** OSB No. 222119
SUGERMAN DAHAB
707 SW Washington St., Ste. 600
Portland, OR  97205
Tel: 503-228-6474
david@sugermandahab.com
nadia@sugermandahab.com
sarah@sugermandahab.com

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THERESA DAVIS, RASHAWD DUHART, ROBIN LUNDY, and SEAN BERGLUND, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MULTNOMAH COUNTY, a political subdivision of the state of Oregon; MICHAEL REESE, STEVEN ALEXANDER, JEFFREY WHEELER, KENDALL CLARK, JOSE PALOMERA, AMY HAY, AARON VAN HOUTE, BRIAN BEARDSLEY, and JOHN DOES 1-50, acting in concert and in their individual capacities,<br><br>Defendants. | No. 3:20-cv-02041-SB<br><br><br><br><br><br><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION** |

On Plaintiffs' Unopposed Motion for Class Certification, ECF 30, the Court hereby orders as follows:

Plaintiffs' Unopposed Motion for Class Certification is GRANTED. Pursuant to FRCP 23(c), Court certifies the following class:

All adults who were detainees at Multnomah County Detention Center who were exposed to tear gas or other chemical agents between May 29, 2020, and July 29, 2020. The class is certified with respect all of claims alleged in the First Amended Complaint.

The Court appoints Theresa Davis, Rashawd Duhart, Robin Lundy, and Sean Berglund as representatives of the class.

Pursuant to FRCP 23(g), the Court appoints the following attorneys as class counsel:

| | |
|---|---|
| **Joe Piucci**, OSB No. 135325<br>PIUCCI LAW LLC<br>900 SW 13th Ave., Ste. 200<br>Portland, OR 97205<br>Tel: 503-228-7385 | **David F. Sugerman**, OSB No. 862984<br>**Nadia H. Dahab**, OSB No. 125630<br>**Sarah R. Osborn,** OSB No. 222119<br>SUGERMAN DAHAB<br>707 SW Washington St., Ste. 600<br>Portland, OR 97205<br>Tel: 503-228-6474 |
| **Jane L. Moisan**, OSB No. 181864<br>PEOPLE'S LAW PROJECT<br>818 S.W. 4th Ave. #221-3789<br>Portland, OR 97204<br>Tel: 971-258-1292 | **Christopher A. Larsen**, OSB No. 910679<br>PICKETT DUMMIGAN MCCALL LLP<br>210 SW Morrison St., 4th Fl.<br>Portland, Oregon 97204<br>Tel: 503-223-7770<br>Fax: 503-227-5350 |
| **Gabriel Chase**, OSB No. 142948<br>CHASE LAW, PC<br>621 S.W. Alder St., Ste. 600<br>Portland, OR 97205<br>Tel: 503-294-1414<br>Fax: 503-294-1455 | **Michelle R Burrows**, OSB No. 861606<br>MICHELLE R. BURROWS P.C.<br>1333 Orenco Station Parkway # 525<br>Hillsboro, OR 97124<br>Tel: 503-241-1955 |

2 –   ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CLASS
       CERTIFICATION

The parties shall confer regarding a proposed case management schedule and file a joint status report by March 1, 2023.

SO STIPULATED this 16th day of February, 2023.

|  | Respectfully submitted, |
|---|---|
| /s/ Christopher Gilmore | /s/ Nadia H. Dahab |
| **Christopher Gilmore,** OSB No. 980570 | **David F. Sugerman**, OSB No. 862984 |
| MULTNOMAH COUNTY ATTORNEY'S OFFICE | **Nadia H. Dahab**, OSB No. 125630 |
| 501 SE Hawthorne Blvd., Ste. 500 | **Sarah R. Osborn,** OSB No. 222119 |
| Portland, OR 97214 | SUGERMAN DAHAB |
| Tel: 503-988-3138 | 707 SW Washington St., Ste. 600 |
| chris.gilmore@multco.us | Portland, OR 97205 |
|  | Tel: 503-228-6474 |
| *Attorneys for Defendants* | david@sugermandahab.com |
|  | nadia@sugermandahab.com |
|  | sarah@sugermandahab.com |

IT IS SO ORDERED this 17th day of February, 2023.

_Stacie F. Beckerman_
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

3 –   ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION